UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LAURA THURMOND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 1:11-CV-00134-NAB |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
|     Defendant. | ) |

**MEMORANDUM OPINION
ON DEFENDANT'S MOTION TO REMAND**

Presently before the Court is a Motion to Remand this action back to the Social Security Administration filed by Michael J. Astrue ("Defendant"). [Doc. 11]. Laura Thurmond ("Plaintiff") filed a response and has no objection to the motion. Having fully considered the arguments set forth by Defendant, the Court grants the Motion to Remand.

**Discussion**

On July 26, 2011, Plaintiff filed a complaint in this Court seeking judicial review of Defendant's denial of Plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income. [Doc. 2]. Defendant answered the complaint on October 11, 2011. [Doc. 9]. Before the parties submitted briefs, Defendant filed the instant motion, requesting that the Court enter a final judgment reversing the decision of the ALJ and remanding the case back to the Commissioner under sentence four of 42 U.S.C. § 405(g). Plaintiff has no opposition to Defendant's request. Therefore, the Court grants Defendant's Motion to Remand and the Court will enter a final judgment reversing the decision of the ALJ and remand this case back to the Commissioner pursuant to sentence four of 42 U.S.C. 405(g).

1

**Conclusion**

Based on the above analysis, the Court finds that Defendant's Motion to Remand should be **GRANTED**.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Remand is **GRANTED**.  [Doc. 11].

**IT IS FURTHER ORDERED** that a Judgment of Reversal and Remand will issue contemporaneously herewith remanding this case to the Commissioner of Social Security for further consideration pursuant to 42 U.S.C. 405(g), sentence 4.

**IT IS FURTHER ORDERED** that upon entry of the Judgment, the appeal period will begin which determines the thirty (30) day period in which a timely application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed.

Dated this 21st day of November, 2011.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE